**FILED**
October 28, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANGEL HERNANDEZ HARO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-26-CV-5652-OLG** |
| | § | |
| **MARKWAYNE MULLIN *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Angel Hernandez Haro's Verified Petition for Writ of Habeas Corpus (Dkt. No. 1), to which Respondents responded (Dkt. No. 4), and Petitioner replied (Dkt. No. 5). It does not appear that Petitioner, A-200-956-199, is presently detained. *See* Online Detainee Locator System. As a result, this habeas proceeding may be moot. *See, e.g.*, *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021).

**IT IS THEREFORE ORDERED** that the parties shall confer and submit a joint advisory regarding the status of Petitioner's detention by **Monday, November 2, 2026**.

**IT IS SO ORDERED**.

**SIGNED** on October 28, 2026.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE